# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE:                              )
                                    )
Nicole Penn,                        )    Bankruptcy No. 12 B 38156
                                    )
        Debtor(s)                   )
                                    )

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

   Please take notice that the Court will call the above captioned case for status hearing on __July 25, 2013 at 10:30 a.m.__ in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Richard J Mason, is to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date: JUN 0 4 2013

In re: Nicole Penn
Bankruptcy No. 12 B 38156

# CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on JUN 0 4 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Courtroom Deputy

## Electronic Service through CM/ECF System

*Trustee*
**Richard J Mason**
rmason@mcguirewoods.com

*Debtor's Attorney*
**Lester A Ottenheimer**
lottenheimer@olawgroup

*U.S. Trustee*
USTPRegion11.ES.ECF@usdoj.gov

## Served through First Class Mail

*Debtor(s)*
**Nicole Penn**
2605 W. Superior
Chicago, IL 60612